CA 05-214 ML

Edgar Guzman
Reg. No. 05114-070
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

MAY 17, 2005

RECEIVED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Honorable Mary M. Lisi
U.S. District Judge
U.S. District Court
District of Rhode Island
113 Federal Bldg & U.S. Courthouse
One Exchange Terrace
Providence, Rhode Island 02903

Re: US v. Guzman
Docket No. 01-00134T

Dear Judge Lisi:

You recently received my section 2255 motion, however, I inadvertently forgot to put GROUND SEVEN on it.

(2)

Ground Seven is as follows:

"Appellate Counsel was constitutionally ineffective for not alleging on direct appeal the illegality (unconstitutionality) of the December 20, 2003 search warrant."

Thank you Judge Lisi.

Respectfully submitted,

Edgar Guzman

Edgar Guzman

Movant, pro se

P.S. Please docket this letter and liberally construe this letter in legal fashion