UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR GUZMAN, | : | |
| Movant, | : | CA 05-214ML |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## MOVANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b), Movant Edgar Guzman ("Guzman"), proceeding pro se, request the Court for a twenty-day enlargement of time for the movant to file a reply to the government's objection to [Guzman's] motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Guzman states the following in support thereof:

1. On May 25, 2005, the Court enjoined the government to file its response to Guzman's § 2255 motion on or before June 15, 2005.

2. On June 23, 2005, the government filed its response; and Guzman received the response on June 27, 2005.

3. Guzman has been ill with the flu and taking non-perscription medication which makes him drowsy and non-alert.

WHEREFORE, Guzman request a twenty-day enlargement of time until July 18, 2005, for Guzman to file his reply brief. Guzman has not sought the concurrence of respondent because Guzman is a prisoner proceeding pro se.

Respectfully submitted,

Edgar Guzman
Reg. No. 05114-070, Unit 3B
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

Dated: June 29, 2005

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion For Enlargement of Time was mailed, postage prepaid, to Respondent at the below address:

Stephanie S. Browne
Assistant U.S. Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903

on this 29th day of June, 2005.

Edgar Guzman