UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDGAR GUZMAN,
Movant,

vs.

UNITED STATES OF AMERICA,
Respondent.

CA 05-214ML

FILED JUL 08 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOVANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b), Movant Edgar Guzman ("Guzman"), proceeding pro se, request the Court for a twenty-day enlargement of time for the movant to file a reply to the government's objection to [Guzman's] motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Guzman states the following in support thereof:

1. On May 25, 2005, the Court enjoined the government to file its response to Guzman's § 2255 motion on or before June 15, 2005.

2. On June 23, 2005, the government filed its response; and Guzman received the response on June 27, 2005.

3. Guzman has been ill with the flu and taking non-perscription medication which makes him drowsy and non-alert.

WHEREFORE, Guzman request a twenty-day enlargement of time until July 18, 2005, for Guzman to file his reply brief. Guzman has not sought the concurrence of respondent because Guzman is a prisoner proceeding pro se.

Granted. Mary M. Lisi USDJ 7/18/05

Respectfully submitted,

Edgar Guzman

Edgar Guzman
Reg. No. 05114-070, Unit 3B
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

Dated: June 29, 2005

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion For Enlargement of Time was mailed, postage prepaid, to Respondent at the below address:

Stephanie S. Browne
Assistant U.S. Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903

on this 29th day of June, 2005.

Edgar Guzman

Edgar Guzman