United States District Court
For the District of Rhode Island

February 6, 2007

Edgard Guzman
petitioner
V. C.A. 05-214ML
Notice of Appeal
United States of America
Respondant

## Notice of Appeal

Come(s) Now Edgard Guzman hereinafter as petitioner and Notice is Hereby Given that Edgard Guzman (petitioner) hereby appeals to the United States Court of Appeals for the first Circuit.

Respectfully Submitted
Edgar Guzman

# CERTIFICATE OF SERVICE

***I,*** Edgard Guzman ***hereby certify that I have served a true and correct copy of the following:***

To United States District Court Clerk for the District of Rhode Island A Copy of My Notice of Appeal to the United States Court of Appeals for the first Circuit are hereby Served along with attached Certificate of service.

***Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court, Houston v. Lack, 101 L.Ed. 2d 245 (1988), upon which the Court and parties to litigation and or his/her attorney[s] of record, by placing same in a sealed, postage prepaid envelope addressed to:***

United States District Court
Office of the Clerk
Providence, Rhode Island 02903-1779

***and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California, on this*** 6th ***day of*** February***, 2007.***

***Signature*** Edgar Guzman

***Address*** Edgar Guzman
Reg. No. 05104-070
United States Penitentiary
P.O. BOX 5500
Adelanto california
92301