UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

February 12, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

CA 05-214ML (Related criminal case# CR 01-134ML) **CCA#** _______________

Edgar Guzman v. United States

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of Mr. Guzman's Notice of Appeal, together with a certified copy of the docket entries in the above-entitled case. Please note that Mr. Guzman has not yet filed a Motion for Certificate of Appealability in the district court.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Enc.: Certified copy of Notice of Appeal (Doc# 11)**
**Certified docket for CA 05-214ML & CR 01-134ML**