In The United States District Court

for the District of Rhode Island

| | |
|---|---|
| Edgard Guzman | ) Case No. 05-214-ML |
| Petitioner | ) |
| v. | ) Petition to proceed |
| | ) in forma pauperis |
| United States of America | ) |
| Respondent | |

---

Comes Now, Edgard Guzman, Petitioner, therein Pro Se, respectfully submits the instant motion to proceed in forma pauperis. In support of it, petitioner states as fllows:

1 - Petitioner was declared indigent, and for that reason he was represented before this Honorable Court by an appointed counsel

2 - Also in the direct appeal petitioner was represented by an appointed counsel.

3 - Petitioner has been incarcerated since December 20, 2001, and he has not funds to pay the cost of an appeal.

For the foregoing reasons, petitioner respectfully prays to this Honorable Court to grant the instant motion.

Respectfully submitted,

Edgard Guzman Edgar Guzman

#05114-070

Victorville Penitentiary

P.O. Box 5500

Adelanto, CA 92301