UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDGAR GUZMAN

v. CA 05-214 ML

UNITED STATES OF AMERICA

MEMORANDUM AND ORDER

On January 17, 2007, this Court issued a Memorandum and Order wherein Petitioner's Motion for Relief pursuant to 28 U.S. C. § 2255 was denied. Petitioner has now filed a "Motion for Reconsideration of Judgment or Petition for Certificate of Appealability." In the instant motion, Petitioner reiterates many of the claims disposed of in the January 17, 2007 Memorandum and Order. This Court sees no reason to reconsider its previous findings and conclusion. This Court also finds that Petitioner has not identified any basis to grant him a Certificate of Appealability.

Accordingly, Petitioners Motion for Reconsideration and Motion for Certificate of Appealability are DENIED.

Finally, Petitioner has also submitted a Petition to Proceed In Forma Pauperis. That petition is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief Judge
March 6, 2007