UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 6, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 05-214ML **CCA#: 07-1288**
Edgar Guzman v. United States

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By______________________
John Duhamel
Deputy Clerk

Enc.: Case Files: CA 05-214ML; related CR 01-134ML (Doc. Nos. 33, 34, & 36 are original transcripts); certified dockets