05-0214 USDCRI Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1288

EDGAR GUZMAN,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

RECEIVED JUN 29 2007

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: April 30, 2007

Substantially for the reasons given in Judge Lisi's comprehensive and clear Memorandum and Order, entered January 17, 2007, denying relief under 28 U.S.C. § 2255, petitioner has failed to make a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253.

The request for a certificate of appealability is denied and this appeal is terminated.

By the Court:
Richard Cushing Donovan, Clerk.

By ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/22/07

[cc: Edgar Guzman, Donald Lockhart, AUSA]